UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-21486-GAYLES

KING OCEAN SERVICES, LTD.,

    Plaintiff,

v.

BORY'S PRODUCE, INC.,

    Defendant.

_____/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiff's Motion for Final Default Judgment (the "Motion") against Bory's Produce, Inc. [ECF No. 8]. The Court has reviewed the Motion and the record and is otherwise fully advised.

1. Plaintiff brought this action against Defendant Bory's Produce, Inc., seeking damages arising from a breach of a bill of lading. [ECF No. 1].

2. Plaintiff served Defendant on April 16, 2020. [ECF No. 5].

3. Defendant has not timely answered or otherwise responded to the Complaint. As a result, Plaintiff moved for, and the Clerk entered, a default against Defendant. [ECF Nos. 6 & 7].

4. As a result of Defendant's failure to answer Plaintiff's Complaint, or otherwise appear in this action, the Court accepts as true the breach of contract allegations in the Complaint that Defendant failed to remit funds for ocean freight services provided by Plaintiff to Defendant. Based thereon, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Final Default Judgment [ECF No. 8] is **GRANTED**. In accordance with Federal Rule of Civil Procedure 58, final judgment will be entered separately.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of May, 2020.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE